**ORDER**

CSG law

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

BRIGITTE M. GLADIS
Member

bgladis@csglaw.com

O 973.530.2166 F 973.530.2366

October 8, 2026

***Via ECF***

Hon. James B. Clark, III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Jin Han v. LG Electronics USA, Inc.**
**Civil Action No. 2:24-cv-10841-SDW-JBC**

Dear Judge Clark:

This firm represents Defendant LG Electronics USA, Inc. ("LGEUS") in the above-referenced matter. We write jointly on behalf of LGEUS and Plaintiff Jin Han ("Plaintiff") in connection with the Court's September 23, 2026 Letter Order [ECF Doc. No. 44] to respectfully request that the Court schedule a settlement conference in this matter at its earliest convenience.

In its Letter Order dated September 2, 2026, the Court scheduled a settlement conference on December 1, 2026 [ECF Doc. No. 40], and the parties thereafter requested that the Court reschedule that date to an earlier one in light of the parties' ongoing settlement efforts. [ECF Doc. No. 41]. The Court then rescheduled the settlement conference to October 29, 2026 [ECF Doc. No. 42], but unfortunately Plaintiff was unavailable on that date. [ECF Doc. No. 43]. The Court thereafter directed that the parties "meet and confer and advise the Court whether" in light of the Court's unavailability until November 23, 2026 to conduct a settlement conference, the parties "wish to participate in mediation instead." [ECF Doc. No. 44].

Following the Court's September 23, 2026 Letter Order, the parties attempted to identify potential mediators with availability to conduct a mediation prior to the November date identified by the Court; however, to date, the parties have not yet been able to identify a mediator with such availability. Accordingly, the parties respectfully request that the Court set this matter for a settlement conference at its earliest convenience and enter an order confirming that all deadlines set in the September 2, 2026 Letter Order are hereby stayed pending the outcome of the settlement conference or mediation. To the extent that the parties are ultimately able to locate a mediator and mediate this matter in short order, we will promptly advise the Court.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Brigitte M. Gladis*

Brigitte M. Gladis

cc: All counsel of record (via ECF)

The settlement conference scheduled in this matter for **October 29, 2026** is rescheduled to **October 21, 2026 at 2:00 PM**, via Zoom.

**SO ORDERED.**

s/James B. Clark III
**JAMES B. CLARK III, U.S.M.J.**
Dated: October 13, 2026